FILED
SEP 2 0 2004
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:      CASE NO. 6:01-bk-05654-KSJ
Chapter 13

Ursula Beckworth and Sheldon Spencer

    Debtor(s)
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW MOVANT, BENJAMIN D. TARVER, and respectfully moves the Court to enter an order authorizing the payment of unclaimed funds to CITISTREET ("Creditor"), a creditor in the above numbered bankruptcy case, and would show:

1. Movant is the duly authorized representative for Creditor. An Affidavit of Authority and other supporting documentation are attached and made part of this motion.

2. The Trustee appointed by the Court in this case did deposit into the registry of the Court the sum of **$6984.12** per 11 U.S.C., Section 347(a), and specifically named **CITISTREET,** the rightful creditor due this amount.

3. There is no dispute or controversy as to these funds, their availability, or to whom they belong.

4. Creditor's current address is: Attn: Lynn P. Yoder, 11436 Cronhill Drive, Suite H, Owings Mills, MD 21117. EIN: 52-0278518

WHEREFORE, Movant respectfully requests the Court to enter an Order authorizing payment of the unclaimed dividend due upon this claim.

DATE: 9/14/04      Benjamin D. Tarver
Authorized Representative for Creditor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  CASE NO. 6:01-bk-05654-KSJ
Chapter 13

Ursula Beckworth and Sheldon Spencer

Debtor(s)
_____/

## CERTIFICATE OF SERVICE

Notice is hereby given that on September 14, 2004, a copy of the Motion for Payment of Unclaimed Funds was served on the following addresses by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street
Suite 1200
Tampa, FL 33602

DATE: 9/14/04

Benjamin D. Tarver
Authorized Representative for Creditor



CitiFinancial
Investment Recovery
11436 Cronhill Drive
Suite H
Owings Mills, MD 21117

Tel 410 581 6800
800 346 3051
Fax 410 581 6891

## AFFIDAVIT OF AUTHORITY

I, Lynn P. Yoder, state under the pains and penalties of perjury, that I am the Assistant Vice President of CitiFinancial, Incorporated and as such authorize Benjamin D. Tarver to execute and deliver all documents pertaining to the release of any and all unclaimed funds belonging to CitiFinancial, Incorporated, its affiliates, subsidiaries and any predecessor or acquired entity.

Lynn P. Yoder
Assistant Vice President

Corporate Seal

## ACKNOWLEDGMENT

State of Maryland

County of Carroll

Before me, the undersigned a Notary Public, in and for said County and State on this _16_ day of _July_, 2004 appeared personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which person acted, executed the instrument and acknowledged that the execution thereof to be his free act.
WITNESS my hand and official seal.

Signature _____ My commission expires: _7-1-07_

JOANNE FULLER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 2007

A member of citigroup



Lynn P. Yoder
*Assistant Vice President*
*Legal Analyst*
CitiFinancial
Investment Recovery
11436 Cronhill Drive, Suite H
Owings Mills, MD 21117
Tel 410 581 6862 / 800 346 3051
Fax 410 581 6893
yoderl@citifinancial.com

A member of citigroup